THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| HUGH GRAF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAVITY PAYMENTS, INC.,<br><br>Defendant. | Case No. 2:26-cv-00518-JHC<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER TO STAY**<br><br>NOTE ON MOTION CALENDAR:<br>April 16, 2026 |

Plaintiff Hugh Graff and Defendant Gravity Payments, Inc., by and through their respective undersigned counsel, hereby provide notice that the Parties have reached an individual settlement in this matter.

The Parties therefore request that the Court enter an order staying all deadlines for 45 days, up to and including June 1, 2026, and that on or before June 1, 2026, the parties shall file either file a joint status report or file a notice of dismissal.



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

Date: April 16, 2026.

Respectfully submitted,

By: */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
Brittany Resch (*Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
bresch@straussborrelli.com

*Attorneys for Plaintiff and Proposed Class*

By: */s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
**HOLLAND & KNIGHT LLP**
701 Fifth Ave., Suite 4700
Seattle, WA 98104
Telephone: (202) 505-4039
Facsimile: (202) 505-4099
E-mail: austin.rainwater@hklaw.com

*Attorney for Defendant Gravity Payments, Inc.*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated this ____ day of April, 2026.

______________________________
United States District Judge
Judge John H. Chun



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 16th day of April, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Samuel J. Strauss*
Samuel J. Strauss
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com