THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

HUGH GRAF, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GRAVITY PAYMENTS, INC.,

Defendant.

Case No. 2:26-cv-00518-JHC

**NOTICE OF SETTLEMENT AND ORDER TO STAY**

NOTE ON MOTION CALENDAR:

April 16, 2026

Plaintiff Hugh Graff and Defendant Gravity Payments, Inc., by and through their respective undersigned counsel, hereby provide notice that the Parties have reached an individual settlement in this matter.

The Parties therefore request that the Court enter an order staying all deadlines for 45 days, up to and including June 1, 2026, and that on or before June 1, 2026, the parties shall file either file a joint status report or file a notice of dismissal.

NOTICE OF SETTLEMENT AND ORDER TO STAY – 1

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

Date: April 16, 2026.                              Respectfully submitted,

By: */s/ Samuel J. Strauss*                         By: */s/ Austin Rainwater*
Samuel J. Strauss, WSBA No. 46971                  Austin Rainwater, WSBA No. 41904
Brittany Resch (*Pro Hac Vice*)                    **HOLLAND & KNIGHT LLP**
**STRAUSS BORRELLI PLLC**                           701 Fifth Ave., Suite 4700
One Magnificent Mile                               Seattle, WA 98104
980 N. Michigan Ave., Suite 1610                   Telephone: (202) 505-4039
Chicago, IL 60611                                  Facsimile: (202) 505-4099
Telephone: (872) 263-1100                          E-mail: austin.rainwater@hklaw.com
Facsimile: (872) 263-1109
sam@straussborrelli.com                            *Attorney for Defendant Gravity Payments, Inc.*
bresch@straussborrelli.com

*Attorneys for Plaintiff and Proposed Class*

NOTICE OF SETTLEMENT AND ORDER TO STAY – 2

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of April, 2026.

_____
United States District Judge
Judge John H. Chun

NOTICE OF SETTLEMENT AND ORDER TO STAY – 3

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 16th day of April, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Samuel J. Strauss*
Samuel J. Strauss
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

NOTICE OF SETTLEMENT AND ORDER TO STAY – 4